IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                     Case No.  4:05mj148-WCS
                                             Violation Notice: F2892053

**ROXANN ROGERS,**

     **Defendant.**

_____/

## ORDER OF RECUSAL

Defendants Mackey, Mackey, Smith and Wisenbarger filed a joint motion to disqualify, doc. 10.  An order granting the motion was entered on November 23, 2005.  Doc. 13.  Although Defendant Rogers has not filed a motion for recusal, I will also recuse myself as to this Defendant for the reasons stated in the recusal order as to the other four Defendants.

Accordingly, it is **ORDERED** that I hereby recuse myself from this case as to Defendant Rogers.  The Clerk is directed to reassign the case to another Magistrate Judge in this district.

**DONE AND ORDERED** on November 28, 2005.

                                              S/ William C. Sherrill, Jr.
                                       **WILLIAM C. SHERRILL, JR.**
                                       **UNITED STATES MAGISTRATE JUDGE**